# Order

Michigan Supreme Court
Lansing, Michigan

March 25, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137409

LINDA SHEMBER,
             Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN MEDICAL
CENTER, UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, UNIVERSITY OF
MICHIGAN HOSPITAL & HEALTH
CENTERS, and UNIVERSITY OF
MICHIGAN HEALTH SYSTEM,
             Defendants,

and

PIA MALY SUNDGREN, ANTHONY
D'AMICO, STEVEN KRONICK, JOHN N.
SHENK, SONJA KRAFCIK, CAROL R.
BRADFORD, M.D., DALE EKBOM, M.D.,
JAMES A. FREER, M.D., and PAUL
DEFLORIO, M.D.,
             Defendants-Appellees.

SC: 137409
COA: 276515
Washtenaw CC: 06-000080-NH

_____/

On order of the Court, the application for leave to appeal the August 21, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Bush v Shabahang* (Docket Nos. 136617, 136653, and 136983) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2009

_____
Clerk

d0318